# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CRAIG KIMBALL, | : | Civil No. 3:18-cv-1411 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 18th day of March 2019, upon consideration of Plaintiff's complaint (Doc. 1), Plaintiff's motion (Doc. 2) for a preliminary injunction, and Defendants' unopposed motions (Docs. 23, 34) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 2) for a preliminary injunction is DENIED as moot.

2. Defendants' motions (Docs. 23, 34) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) are DEEMED unopposed and GRANTED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this Order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                           **BY THE COURT:**

                                           **s/James M. Munley**
                                           **JUDGE JAMES M. MUNLEY**
                                           **United States District Court**